UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GASPAR AVENDAÑO HERNANDEZ,
                          Petitioner,

              -v-

THOMAS DECKER et al.,
                          Respondents.

20-CV-1589 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In this action, a petition for a writ of habeas corpus under 28 U.S.C. § 2241, Gaspar Avendaño Hernandez seeks relief from his detention by Immigration and Customs Enforcement. Avendaño Hernandez has filed a letter motion to compel Respondents to release him pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001). (Dkt. No. 9.)

Respondents are directed to file a letter not exceeding six pages responding to Avendaño Hernandez's motion on or before March 27, 2020. Avendaño Hernandez shall file a reply letter, if any, not exceeding two pages on or before March 30, 2020.

    SO ORDERED.

Dated: March 24, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge