UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GASPAR AVENDANO HERNANDEZ,
                    Petitioner,

-v-                              20-CV-1589 (JPO)

THOMAS DECKER, et al.,         ORDER
                    Respondents.

J. PAUL OETKEN, District Judge:

Petitioner's motion to continue (Dkt. No. 38) is granted. The petition will be held in abeyance pending the Second Circuit's new decision in *Ragbir v. Homan*, 923 F.3d 53 (2d Cir. 2019) or further order of this Court.

The Clerk of Court is directed to close the motion at Docket Number 38.

SO ORDERED.

Dated: November 10, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge