UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GASPAR AVENDANO HERNANDEZ,
                          Plaintiff,

                -v-

THOMAS DECKER *et al*,
                          Defendants.

20-CV-1589 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On November 9th, counsel for Respondents filed a motion to withdraw.  (Dkt. No. 47.)

That motion is GRANTED.

The Clerk of Court is directed to terminate attorney Rebecca R. Friedman from the case.

SO ORDERED.

Dated: November 10, 2022
       New York, New York

_____
        J. PAUL OETKEN
   United States District Judge